UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Robert Allen Miller**                                        **Docket No. 5:21-CR-143-1D**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Allen Miller, who, upon an earlier plea of guilty to Carry and Use, by Brandishing, a Firearm During and in Relation to a Crime of Violence, was sentenced by the Honorable William L. Osteen, Jr. Chief U.S. District Judge for the Middle District of North Carolina, on December 18, 2014, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Robert Allen Miller was released from custody on July 17, 2020, at which time the term of supervised release commenced. On March 24, 2021, a Transfer of Jurisdiction was filed in the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Miller has agreed to participate in a cognitive behavioral program in order to enhance his eligibility for early termination. The defendant has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

                                         I declare under penalty of perjury that the foregoing is true and correct.

                                         /s/ Timothy L. Gupton
                                         Timothy L. Gupton
                                         Senior U.S. Probation Officer
                                         310 New Bern Avenue, Room 610
                                         Raleigh, NC 27601-1441
                                         Phone: 919-861-8686
                                         Executed On: April 20, 2022

Robert Allen Miller
Docket No. 5:21-CR-143-1D
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __22__ day of __April__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge